UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO HOUSING AUTHORITY, et al.<br><br>　　　　Defendants.<br>_____/ | No. C 06-7378 CW (WDB)<br><br>**ORDER FOLLOWING NOVEMBER 21, 2008 TELEPHONIC HEARING RE VIDEOTAPING OF PLAINTIFF'S DEPOSITION** |

On November 21, 2008, the parties telephoned the Court with respect to an objection presented by plaintiff at her deposition to the videographer hired by defendants. For the reasons stated on the record, the Court ORDERS as follows.

1. Mr. Abendroth must videotape the deponent fairly and professionally.

2. Mr. Abendroth must videotape both plaintiff and defense counsel during the deposition.

3. Mr. Abendroth and the entity that contracted with him, Legal Videos, MUST PRESERVE the videotape(s) in conformance with state and federal law.

4. If, following her deposition, plaintiff feels that someone at the deposition has behaved unprofessionally she may file with the Court and serve on defendants a

1  motion for sanctions, setting forth her contentions and providing the Court with a
2  copy of the videotape for *in camera* inspection.
3  IT IS SO ORDERED.

4  Dated:   November  21,  2008
5                                        WAYNE D. BRAZIL
                                      United States Magistrate Judge

9  cc: parties,
   CW, WDB