IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO HOUSING AUTHORITY, et al.,<br><br>    Defendants._____/ | No. 06-07378 CW<br><br>ORDER |

    On November 24, 2008, Plaintiff filed a Notice of Unavailability. On November 28, 2008, Defendants filed an Objection to Plaintiff's Notice of Unavailability. A notice of unavailability does not operate automatically to relieve a party of its obligation to comply with deadlines; Plaintiff must move for relief.

    IT IS SO ORDERED.

Dated   12/3/08

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A MCCOLM,

    Plaintiff,

v.

SAN FRANCISCO HOUSING et al,

    Defendant.

Case Number: CV06-07378 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patricia A. McColm
P.O. Box 27274
San Francisco, CA 94127

Dated: December 3, 2008

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

2