UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM | **No. C 06-7378 CW (WDB)** |
| Plaintiff, | ORDER FOLLOWING RECEIPT OF PLAINTIFF'S "EMERGENCY EX PARTE REQUEST" FOR EXTENSION OF TIME RE DISCOVERY |
| v. | |
| SAN FRANCISCO HOUSING AUTHORITY, et al. | |
| Defendants. | |

On January 14, 2009, the Court received a document entitled "EMERGENCY EX PARTE REQUEST FOR EXTENSION OF TIME RE DISCOVERY ORDER, DEPOSITION CORRECTION AND FOR CONTINUANCE OF HEARING FOR MEDICAL IMPOSSIBILITY." Among other things, plaintiff requests the Undersigned to extend the deadline for completion of discovery. That deadline was set by District Judge Wilken. The Undersigned does not have the authority to extend it. Requests to extend that deadline must be presented directly to Judge Wilken.

The Undersigned's chambers contacted defendants' counsel to determine whether she had received plaintiff's "Emergency Ex Parte Request" and, if so, how much time she would need to prepare and file a response. Defendants' counsel advised my chambers that she had not received the subject papers and knew nothing about the requests plaintiff was making. Assuming that she would receive plaintiff's papers by January 15, 2009, defendants' counsel requested to have until January 21, 2009, to file defendants' responsive papers. That request is GRANTED.

Chambers of the undersigned will contact the parties promptly after receiving defendants' responsive papers to determine how to proceed with respect to plaintiff's requests.

The parties are reminded that, pursuant to Local Rules, they must appropriately meet and confer in good faith in order to attempt to resolve all discovery-related disputes before presenting those disputes to the Court.

IT IS SO ORDERED.

Dated:   January 14, 2009            _____
WAYNE D. BRAZIL
United States Magistrate Judge

cc:  parties, CW, WDB