1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9

10    PATRICIA A. MCCOLM                    **No. C 06-7378 CW (WDB**)

11              Plaintiff,                  ORDER FOLLOWING RECEIPT OF
                                            PLAINTIFF'S DECLARATION OF
12                                          SUPPORT TO OPPOSITION TO
         v.                                 DEFENDANT'S MOTION TO
13                                          COMPEL:  PRODUCTION OF
      SAN FRANCISCO HOUSING                 "EXHIBIT B" ("TAPE(S) AND/OR
14    AUTHORITY, et al.                     TRANSCRIPTION(S)")

15              Defendants.
      _____/

16

17

18        On January 14, 2009, the Court received plaintiff's Opposition to defendant's

19   Motion To Compel Attendance At Further Deposition And For Protective Order,

20   combined with plaintiff's Declaration in support of that Opposition.  Plaintiff's

21   Declaration contains the following statement: "11.  A true and correct copy of a

22   tape(s) and/or transcription(s) therefore is lodged with the court as EXHIBIT B and

23   made a part hereof in contravention of the statements in said declarations."  However,

24   the Court did not receive any such Exhibit B, and the chambers of the Undersigned

25   has confirmed with defense counsel that said counsel did not receive any such Exhibit

26   B.  Therefore, this Court Orders that any such materials as are referred to in paragraph

27   11 of her Declaration in support of her Opposition which plaintiff intends to submit to

28   the Court for consideration in regard to this matter must be promptly delivered to the

     Court and to defense counsel.

1  IT IS SO ORDERED.

2

3  Dated:   January 21, 2009

                                         WAYNE D. BRAZIL
                                         United States Magistrate Judge

4

cc:  parties, CW, WDB

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28