UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A. MCCOLM                           **No. C 06-7378 CW (WDB**)

          Plaintiff,                          ORDER

    v.

SAN FRANCISCO HOUSING
AUTHORITY, et al.

          Defendants.
_____/

The Court has received and reviewed submissions by defendants and by plaintiff that address plaintiff's request to extend deadlines set forth in the undersigned's Order of January 8, 2009.

Given the information provided by plaintiff about her medical condition, the Court has concluded that it is appropriate to extend deadlines and adjust the previously ordered schedule as follows:

    (A)    By February 27, 2009, plaintiff must

          (1) file and serve the set of documents described in paragraph "1." of the January 8th Order,

          (2) file and serve any additional motions relating to discovery that she wishes to file in this case, and

          (3) serve on defense counsel and deliver to the custodial court reporter any corrections she wishes to make to the transcription of any portion of her deposition for which she received the transcript by January 13, 2009.

1    (B)    The hearing on defendants' motions to compel plaintiff to provide

2           additional deposition testimony, for a protective order, and for sanctions

3           will not be held on January 28, 2009, as previously scheduled.

4           Instead, on February 10, 2009, at 1:30 p.m., the undersigned will host a

5           conference with plaintiff and counsel for defendants during which the

6           Court will determine whether plaintiff must provide additional deposition

7           testimony.

8           To assist the Court in making that determination, by January 30, 2009,

9           defense counsel must file and serve a declaration that identifies with

10          specificity the relevant subjects about which questions still need to be

11          posed to plaintiff in order to litigate her claims fairly.

12          If plaintiff chooses to file a response to this submission by defense

13          counsel, she must do so by February 4, 2009.

14          If the Court orders plaintiff to provide additional deposition testimony,

15          the undersigned will attend the deposition, which will be held in the

16          undersigned's courtroom.

17          Plaintiff and counsel for defendant may appear at the conference on

18          February 10, 2009, by telephone.  Any party or lawyer who elects to

19          appear at this conference by phone must make arrangements to do so

20          with the undersigned's administrative law clerk by no later than noon on

21          Friday, February 6, 2009.

22

23   IT IS SO ORDERED.

24

25   Dated:   January 23, 2009                          _____

26                                                      WAYNE D. BRAZIL
                                                        United States Magistrate Judge
27   cc:  parties, CW, WDB

28

2