UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A. MCCOLM

        Plaintiff,

v.

SAN FRANCISCO HOUSING AUTHORITY, et al.

        Defendants.

No. C 06-7378 CW (WDB)

REPORT AND RECOMMENDATION FOLLOWING FEBRUARY 10, 2009 HEARING

    On February 10, 2009, the Court conducted a hearing in connection with Defendants' Motion to Compel Plaintiff to provide additional deposition testimony, for a protective order, and for sanctions; and in connection with Plaintiff's request for extension of discovery deadlines and all such other requests as have been made of the Court.

    Having considered all of the written and oral submissions and arguments presented by each party and for reasons elaborated on the record, the Court RECOMMENDS as follows:

    1.    The Undersigned RECOMMENDS that District Judge Wilken extend the deadline for case-dispositive motions to July 2, 2009 (if cross-motions are anticipated, Defendants must file their opening brief at least 6 weeks prior to July 2, 2009).

    2.    The undersigned RECOMMENDS that District Judge Wilken prohibit Plaintiff from using at trial any document currently in Plaintiff's possession, custody

or control that she has not provided to defendant by February 27, 2009, pursuant to her obligations under Federal Rules of Civil Procedure 26 and 33.  The Court also RECOMMENDS that the District Judge prohibit Plaintiff from offering as a witness any person about whom she reasonably should have been aware whose name Plaintiff did not disclose by February 27, 2009.

     3.    For the benefit of the Court, in anticipation of acceptance of the recommendations herein and inclusive of various discovery-related determinations found in the Undersigned's ORDER of this same date (copied herewith), and based upon dates previously set by the Court, the following would be the operable timetable in this matter:

    A.    By Friday, February 27, 2009, Plaintiff must serve on defense counsel a set of documents to meet her obligations under Federal Rules of Civil Procedure 26 and 33,

    B.    By Friday, February 27, 2009, Plaintiff must file and serve any additional motions relating to discovery.

    C.    On March 20, 2009, starting at 9:00 a.m., a further 3 hour deposition of Plaintiff will take place in Courtroom 4 of this Court.

    D.    On April 1, 2009, the parties are to attend a settlement conference before Magistrate Judge Maria-Elena James.

    E.    By April 30, 2009, the parties must complete fact discovery.

    F.    On April 30, 2009, the parties will attend a further case management conference in District Judge Wilken's courtroom.

    G.    By May 15, 2009, the parties must disclose identities and reports of expert witnesses.

    H.    By May 30, 2009, the parties must disclose identities and reports of expert rebuttal witnesses.

    I.    By June 15, 2009, the parties must complete expert discovery.

J.  By July 2, 2009 Plaintiff must bring any case-dispositive motions (if cross-motions are anticipated, Defendants must file their opening brief at least 6 weeks prior to July 2, 2009).

K.  On September 15, 2009, final pretrial conference.

L.  On September 28, 2009, trial will begin.

IT IS SO REPORTED AND RECOMMENDED.

Dated: February 12, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge

cc: CW