UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO HOUSING AUTHORITY, et al.<br><br>Defendants. | No. C 06-7378 CW (WDB)<br><br>ORDER FOLLOWING FEBRUARY 10, 2009 HEARING |

On February 10, 2009, the Court conducted a hearing in connection with Defendants' Motion to Compel Plaintiff to provide additional deposition testimony, for a protective order, and for sanctions; and in connection with Plaintiff's request for extension of discovery deadlines and all such other requests as have been made of the Court.

Having considered all of the written and oral submissions and arguments presented by each party and for reasons elaborated on the record, the Court ORDERS as follows:

1.   Defendants' Motion is GRANTED in part and DENIED in part.

On March 20, 2009, starting at 9:00 a.m., a further 3 hour deposition of Plaintiff will take place in Courtroom 4 of this Court. The Undersigned will attend this deposition in its entirety. The Court will have its own Court Reporter present for its own purposes -- the parties are invited to bring their own respective Court Reporters and any such videographers and audio-tape operators as they may choose.

2. To meet her obligations under Federal Rules of Civil Procedure 26 and 33, **by Friday, February 27, 2009**, Plaintiff MUST SERVE on defense counsel a set of documents in which, SEPARATELY FOR EACH LEGAL THEORY OR CAUSE OF ACTION on which she elects to proceed in this litigation, she (1) identifies by name and, if known, by job title or position, address and phone number, each person who may have some testimony to offer that may support the legal theory or cause of action, (2) produces every document within her possession, custody, or control that may lend some support to the legal theory or cause of action, and (3) describes as specifically as possible each act, each course of conduct, each event or occurrence (including, but not limited to, each oral or written communication), as well as each omission or failure to act or communicate, that plaintiff contends constituted or played some role in causing the violation of the rights that she contends were protected under the legal theory or cause of action.

The undersigned RECOMMENDS that District Judge Wilken prohibit Plaintiff from using at trial any document currently in Plaintiff's possession, custody or control that she has not provided to defendant by February 27, 2009. The Court also RECOMMENDS that the District Judge prohibit Plaintiff from offering as a witness any person about whom she reasonably should have been aware whose name Plaintiff did not disclose by February 27, 2009.

3. **By Friday, February 27, 2009,** Plaintiff must file AND SERVE any additional motions relating to discovery that she wishes to present to the Court. Any such additional motions related to discovery will be heard on an expedited basis, and Plaintiff must contact the clerk of the Undersigned to obtain expedited dates for the hearing of same.

If Plaintiff files a motion to compel further interrogatory responses, such a motion may be supported through the use of xerox copies of Defendants' interrogatory responses and any form of legible notation indicating the specific alleged inadequacy of said response.

At the time she files and serves any such motions, Plaintiff must deliver to the Court and to defense counsel copies of any and all evidence or exhibits, including any audio or video recordings, that she may ask the Court to consider when ruling on any of her motions.

4. Pursuant to the express provision of authority found in District Judge Wilken's February 3, 2009 Minute Order, the Undersigned extends the deadline for completion of fact discovery to April 30, 2009.

5. Pursuant to the express provision of authority found in District Judge Wilken's February 3, 2009 Minute Order, the Undersigned extends the deadline by which the parties must disclose identities and reports of expert witnesses to May 15, 2009.

6. Pursuant to the express provision of authority found in District Judge Wilken's February 3, 2009 Minute Order, the Undersigned extends the deadline by which the parties must disclose identities and reports of expert rebuttal witnesses to May 30, 2009.

7. Pursuant to the express provision of authority found in District Judge Wilken's February 3, 2009 Minute Order, the Undersigned extends the deadline for completion of expert discovery to June 15, 2009.

8. The Undersigned will RECOMMEND that District Judge Wilken extend the deadline for case-dispositive motions to July 2, 2009 (if cross-motions are anticipated, Defendants must file their opening brief at least 6 weeks prior to July 2, 2009).

9. For reasons stated on the record, Defendants' Motion for sanctions is DENIED.

10. For reasons stated on the record, Plaintiff's request for sanctions is DENIED.

11. Parties are relieved of statutory "meet and confer" requirements for purposes of bringing any additional discovery motions.

1  IT IS SO ORDERED.

3  Dated:   February 12, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge

7  cc: CW