UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO HOUSING AUTHORITY, et al.,<br><br>Defendants. | No. CV-06-7378 CW (WDB)<br><br>FEBRUARY 27, 2009 ORDER RE TIME AND PLACE OF HEARING OF PLAINTIFF'S EXPEDITED MOTIONS |

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the terms of the Undersigned's Order Following February 10, 2009 Hearing, Plaintiff has notified the staff of the Court of her intent to file today additional motions related to discovery. These Motions are understood by the Court to be as follows:

1. Motion to Compel Further Production of Set No. 1 Documents.

2. Motion to Compel Further Production of Set No. 2 Documents.

3. Motion to Compel Further Production of Set No. 3 Documents.

4. Motion to Compel Further Responses to Interrogatories.

5. Motion for Protective Order Regarding Production of Documents.

By the terms of the Undersigned's Order Following February 10, 2009 Hearing, such Motions are to be heard on an expedited basis. Therefore, the Undersigned sets the following briefing and hearing schedule:

1. Opposition papers (if any) must be filed, personally served, and served by overnight mail on March 9, 2009, by 4:00 p.m. At the specific request of Plaintiff as made to the staff of the Court, Defendants are to effect such personal service by delivering Opposition papers (if any) "To the attention of Patricia McColm" to the following address: KK Copy Service, 500 Larkin Street, San Francisco, California 94102.

    2. Reply papers (if any) must be filed, personally served, and served by overnight mail on March 12, 2009, by 4:00 p.m.

    3. **Hearing of these Motions will be Monday, March 16, 2009, at 4:30 p.m.** , in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612. As Plaintiff has indicated that she will attend the Hearing by telephone, she is to do so by calling the Court at (510) 637-3909. If Defendants wish to attend the Hearing by telephone, they are to contact the Court beforehand at (510) 637-3324 to make such arrangements.

IT IS SO ORDERED.

Dated: February 27, 2009

WAYNE D. BRAZIL
United States Magistrate Judge

cc: CW