KEVIN K. CHOLAKIAN (S.B. #103423)
SABRINA M. BERDUX (S.B. #248927)
CURTIS OGILVIE (S.B. #111911)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
400 Oyster Point Blvd., Suite 415
South San Francisco, CA 94080
Phone (650) 871-9544
Fax (650) 871-9552

Attorneys for Defendants
SAN FRANCISCO HOUSING COMMISSION; GREG FORTNER; TONY UCCIFERRI; PAULETTE BOYD; & SHAWN COLEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM<br><br>  Plaintiff,<br><br>v.<br><br>SAN FRANCISCO HOUSING AUTHORITY; SAN FRANCISCO HOUSING COMMISSION; GREG FORTNER, Ind. and Off.; TONY UCCIFERRI, Ind. and Off.; PAULETTE BOYD, Ind. and Off.; SHAWN COLEMAN, Ind. and Off.; DOES 1 to 100<br><br>  Defendants | Case No. C 06-07378 CW<br><br>[PROPOSED] ORDER AUTHORIZING VIDEO SERVICES TO ENTER COURTROOM 4<br><br>Date:   March 20, 2009<br>Time:  9:00 a.m.<br>Dept:   4 |

IT IS SO ORDERED that authorization is hereby granted to Behmke Reporting & Video Services to enter Courtroom 4 of the Ron Dellums Federal Courthouse on Friday March 20, 2009 with the following equipment:

///

///

300 023

- 1 -
[PROPOSED] ORDER AUTHORIZING VIDEO SERVICES TO ENTER COURTROOM 4

Videographer Equipment for California Depositions:

(1) Panasonic digital video camcorder with power cord/battery

(2) Panasonic DVD recording decks (2)

(3) Shure 4-channel sound mixer

(4) Marantz audio cassette tape recorder with power cord

(5) Manfroto video camera tripod with carrying case

(6) Backdrop approx. 6' by 6' (grey) with bag

(7) Sony lavaliere microphones (4) in cases

(8) Shure tabletop microphone in case

(9) 7" LCD television monitor with stand and power supply

(10) Roll of Gaffer tape

(11) Belkin power strip surge protector

(12) Audio cassette tapes (12)

(13) DVD case filled with approx. 30 DVDs

(14) Sony headphones (2)

(15) XLR audio cables (4)

(16) S-video cables (2)

(17) Composite audio cables (2)

(18) Ethernet cable

(19) Misc. a/v cable extender/adapters

(20) Video camera bag

(21) Pelican case

(22) Porter case on wheels

(23) Notebook with pens

Dated: __March 18__, 2009

IT IS SO ORDERED

*Wayne D. Brazil*

Judge Wayne D. Brazil