UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM | **No. C 06-7378 CW (WDB)** |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S EMERGENCY MOTION TO QUASH AND FOR PROTECTIVE ORDER |
| v. | |
| SAN FRANCISCO HOUSING AUTHORITY, et al. | |
| Defendants. | |
| _____/ | |

   On May 4, 2009, Plaintiff filed an Emergency Motion to Quash Defendants' Untimely Bad-Faith Subpoenas, for Protective Order, and for Extension of Time to Compel Compliance with Discovery.  Defendants must file their opposition to Plaintiff's motion by Tuesday, May 12, 2009, after which the motion will be taken under submission.

   To the extent that Plaintiff requests the Undersigned to extend the deadline for completion of discovery, the request is DENIED as such a request must be presented directly to Judge Wilken.

   Defendants are instructed to provide a copy of this order to U.S. Legal Support.

IT IS SO ORDERED.

Dated:  May 5, 2009

　　　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
United States Magistrate Judge