UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM<br><br>        Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO HOUSING AUTHORITY, et al.<br><br>        Defendants.<br>_____/ | **No. C 06-7378 CW (WDB)**<br><br>ORDER MODIFYING EXPERT DISCOVERY DEADLINES |

    Plaintiff has informed the Court of inconsistent deadlines by which to complete expert discovery in this matter. The Court has reviewed the Order Following February 10, 2009 Hearing and determined that the expert deadlines set there were inadvertently set earlier than the dates previously set by District Judge Wilken in the August 27, 2008 Minute Order. To avoid confusion and prejudice to the parties, and for good cause, the expert discovery deadlines are restored as follows:

    Disclosure of identities and reports of expert witnesses:   6/1/09

    Disclosure of identities and reports of rebuttal expert witnesses: 7/1/09

    Completion of expert discovery: 7/31/09

IT IS SO ORDERED.

Dated:   May 15, 2009

                                   WAYNE D. BRAZIL
                                   United States Magistrate Judge