IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. MCCOLM,<br><br>            Plaintiff,<br><br>      v.<br><br>SAN FRANCISCO HOUSING AUTHORITY, et al.,<br><br>            Defendants.<br>_____/ | No. C 06-7378 CW<br><br>ORDER TAKING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO RULE 59(e) UNDER SUBMISSION |

    Notice is hereby given that the Court, on its own motion, shall take Plaintiff's motion to alter or amend judgment pursuant to Federal Rule of Civil Procedure 59(e) under submission on the papers.  The hearing previously scheduled for November 5, 2009, is hereby vacated.  Defendants shall file their opposition by October 1, 2009 and Plaintiff shall file her reply by October 22, 2009.


    IT IS SO ORDERED.


Dated: September 22, 2009

                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge